○ AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

FILED
APR 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
v.
REBECCA AMBRIZ

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 09-CR-1406-001-H | 1:11-mj-00069 SKO | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   ✔ Other (specify) Violation Petition
charging a violation of _____ U.S.C. §

**DISTRICT OF OFFENSE:** Southern District of California, San Diego

**DESCRIPTION OF CHARGES:**   Violation of Supervised Release

**CURRENT BOND STATUS:**

☐ Bail fixed at $_____ and conditions were not met
✔ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:   ☐ Retained Own Counsel   ✔ Federal Defender Organization   ☐ CJA Attorney   ☐ None

Interpreter Required?   ☐ No   ☐ Yes   Language:

**EASTERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

4/15/11
Date

_Sheila K. Oberto_
Magistrate Judge Sheila K. Oberto

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |